# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. **23-cr-67-RMR**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ALEX CANALES-CARDONA,
    a/k/a Jose Alexis Canales-Cardona,
    a/k/a Christian Torrez-Canaca,
    a/k/a Jose Canales-Cardona,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about July 5, 2022, in the State and District of Colorado, the defendant, JOSE ALEX CANALES-CARDONA, a/k/a Jose Alexis Canales-Cardona, a/k/a Christian Torrez-Canaca, a/k/a Jose Canales-Cardona, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about February 1, 2017, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(2) because his denial of admission, exclusion, deportation, and removal was subsequent to a conviction for an aggravated felony offense.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/ Thomas Minser*
Thomas Minser
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: Thomas.Minser@usdoj.gov
Attorney for the Government