| | |
|---|---|
| DEFENDANT: | JOSE ALEX CANALES-CARDONA<br>a/k/a Jose Alexis Canales-Cardona<br>a/k/a Christian Torrez-Canaca<br>a/k/a Jose Canales-Cardona |
| AGE/YOB: | 1991 |
| COMPLAINT FILED? | _____ Yes    __X__ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X_ No<br>If No, a new warrant is required |
| OFFENSE(S): | 8 U.S.C. §§ 1326(a), (b)(2); Illegal re-entry of a removed alien subsequent to an aggravated felony conviction |
| LOCATION OF OFFENSE: | Arapahoe County, Colorado |
| PENALTY: | Count 1:<br><br>• If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee.<br>• If the enhanced penalty under Title 8, United States Code, Section 1326(b)(1) applies, NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment fee.<br>• If the enhanced penalty under Title 8, United States Code, Section 1326(b)(2) applies, NMT 20 years imprisonment; NMT $250,000 or both; NMT 3 years supervised release; $100 Special Assessment fee. |
| AGENT: | Shawna Weir, Deportation Officer, ICE/DHS |
| AUTHORIZED BY: | Thomas Minser<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.