**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 23-cr-00067-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    JOSE ALEX CANALES-CARDONA,

    Defendant.

---

**ENTRY OF APPEARANCE AS COUNSEL
FOR THE GOVERNMENT**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 16th day of March, 2023.

                            Respectfully submitted,

                            COLE FINEGAN
                            United States Attorney

                   By:  *s/ Albert Buchman*

                            Assistant United States Attorney
                            United States Attorney's Office
                            1801 California Street, Suite 1600
                            Denver, Colorado 80202
                            Telephone:   (303) 454-0100
                            E-mail:  al.buchman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of March, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>*s/ Lauren Timm*</u>
*United States Attorney's Office*
Legal Assistant