IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **23-CR-67-4M4**

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JOSE ALEX CANALES-CARDONA,
    aka Jose Alexis Canales-Cardona,
    aka Christian Torrez-Canaca,
    aka Jose Canales-Cardona,

    Defendant(s)

## NOTICE OF APPEARANCE

David R. Jones hereby enters his appearance as CJA counsel on behalf of the Defendant, Jose Ales Canales-Cardona, and all further notices and copies of pleadings, papers and other materials relevant to this action should be directed to and served at the address below.

Respectfully submitted this 16th day of March, 2023.

        BY: */s/ David R. Jones*
            David R. Jones, #27352
            DECKER & JONES
            2025 York Street
            Denver, CO 80205
            Telephone: 303-573-5253
            Email: DRJones@DeckerJonesLaw.com
            Attorney for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of March 2023, I filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification of such filing to all counsel of record.

                                                    */s/ Marilyn Underwood*
                                                    Marilyn Underwood