AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2023 MAR 15 AM 11: 20
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 23-cr-67-RMR |
| JOSE ALEX CANALES-CARDONA | ) |
| a/k/a Jose Alexis Canales-Cardona | ) |
| a/k/a Christian Torrez-Canaca | ) |
| a/k/a Jose Canales-Cardona | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSE ALEX CANALES-CARDONA a/k/a Jose Alexis Canales-Cardona a/k/a Christian Torrez-C.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

08 USC § 01326b2 - Alien who enters, attempts to enter or is at any time found in the US

Date: 03/10/2023

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 3/13/23, and the person was arrested on *(date)* 3/14/23
at *(city and state)* Centennial, CO.

Date: 3/14/23

_____ #6554
*Arresting officer's signature*

O. Laufer
*Printed name and title*