IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  23-cr-00067-RMR

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. **Jose Alex Canales-Cardona,**
 a/k/a Jose Alexis Canales-Cardona,
 a/k/a Christian Torrez-Canaca,
 a/k/a Jose Canales-Cardona,

 Defendant.

_____

## MOTION TO WITHDRAW
_____

The United States of America, by Cole Finegan, United States Attorney for

the District of Colorado, through Albert Buchman, Assistant United States

Attorney, hereby files its Motion to Withdraw Albert Buchman as counsel of

record and requests termination of electronic service in the above-captioned

case.

\\

\\

\\

As grounds for this motion, the government states that Thomas Minser is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

Dated this 23rd day of March, 2023.

Respectfully submitted,

Cole Finegan
United States Attorney


By: *s/ Albert Buchman*
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov
Attorney for the United States

2

## CERTIFICATE OF SERVICE

I hereby certify that on this  23rd day of March, 2023, I electronically filed

the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to all counsel of record.


*s/Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office

3