**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. **23-CR-67-RMR**

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JOSE ALEX CANALES-CARDONA,
    aka Jose Alexis Canales-Cardona,
    aka Christian Torrez-Canaca,
    aka Jose Canales-Cardona,

    Defendant(s)

---

**NOTICE OF DISPOSITION**

---

    David R. Jones as CJA counsel on behalf of Defendant, Jose Alex Canales-Cardona, hereby gives notice that the Defendant and the Government have reached a disposition in this case.  Mr. Canales-Cardona accordingly requests that this matter be set for a Change of Plea Hearing.

    Respectfully Submitted this 10th day of April, 2023.

                                                       BY: */s/ David R. Jones*
                                                             David R. Jones, #27352
                                                              DECKER & JONES
                                                              2025 York Street
                                                              Denver, CO 80205
                                                             Telephone: 303-573-5253
                                                             Email: DRJones@DeckerJonesLaw.com
                                                            Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of April 2023, I filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification of such filing to all counsel of record.

                                            */s/ Marilyn Underwood*
                                            Marilyn Underwood